THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Phillip
 Rhinehardt, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch , Circuit Court Judge
Unpublished Opinion No. 2008-UP-190
Submitted March 4, 2008  Filed March 18,
 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: 
 Phillip Rhinehardt appeals his guilty
 plea to first-degree criminal sexual conduct.  On appeal, Rhinehardt maintains
 his guilty plea failed to conform to the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Rhinehardts appeal and grant counsels motion to be relieved.
 
APPEAL
 DISMISSED. 
ANDERSON , SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.